# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mlynarczyk, Krzysztof** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mlynarczyk, Bozena** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1146** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-8326** |
| Street Address of Debtor (No. and Street, City, and State):<br>**19075 Plantation**<br>**Macomb, MI**<br>ZIP Code **48044** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**19075 Plantation**<br>**Macomb, MI**<br>ZIP Code **48044** |
| County of Residence or of the Principal Place of Business:<br>**Macomb** | County of Residence or of the Principal Place of Business:<br>**Macomb** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mlynarczyk, Krzysztof**<br>**Mlynarczyk, Bozena** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Andrea D. Cartwright**       **August 2, 2010**<br>   Signature of Attorney for Debtor(s)         (Date)<br>   **Andrea D. Cartwright P53463** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mlynarczyk, Krzysztof**<br>**Mlynarczyk, Bozena** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Krzysztof Mlynarczyk**
Signature of Debtor **Krzysztof Mlynarczyk**

**X** **/s/ Bozena Mlynarczyk**
Signature of Joint Debtor **Bozena Mlynarczyk**

Telephone Number (If not represented by attorney)

**August 2, 2010**
Date

### Signature of Attorney*

**X** **/s/ Andrea D. Cartwright**
Signature of Attorney for Debtor(s)

**Andrea D. Cartwright P53463**
Printed Name of Attorney for Debtor(s)

**Cartwright Law Firm, P.C.**
Firm Name

**24750 Lahser Rd.**
**Southfield, MI 48033**

Address

**Email: cartwrighta@prodigy.net**
**248-352-8722  Fax: 248-352-8270**
Telephone Number

**August 2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Krzysztof Mlynarczyk**, **Bozena Mlynarczyk**, Debtor(s)

Case No.

Chapter **13**

### STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ **X** ] **FLAT FEE**
   - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid .................................. **3,000.00**
   - B. Prior to filing this statement, received .................................. **625.00**
   - C. The unpaid balance due and payable is .................................. **2,375.00**

   [ ] **RETAINER**
   - A. Amount of retainer received .................................. 
   - B. The undersigned shall bill against the retainer at an hourly rate of $____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

   [ **X** ] **RETAINER/FLAT FEE BLEND**
   - A. Pursuant to retainer agreement

     The client agrees to compensate **Andrea D. Cartwright** in such amount as is approved by the Bankruptcy Court in accordance with the terms and conditions of the Chapter 13 Plan. The minimum fee for services in connection with a confirmed chapter 13 Plan shall be **$3,000.00** based upon the hourly rate of the services performed by the Firm. The actual fee shall be that which is approved by the court subject to the minimum charged of **$3,000.00** and if the time devoted to such tasks exceeds **$3,000.00**, then the fee shall be such amount based upon the hourly charges for the services performed subject to approval by the Court.

   - B. Agreed fee (subject to hourly billing if fees exceed **$3,000.00**) .................................. **3,000.00**
     
     Fees received prior to the case .................................. **625.00**
     
     Balance due (subject to hourly billing if the fee exceeds (**$3,000.00**) .................................. **2,375.00**

3. $ **274.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
   - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   - C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   - ~~D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   - ~~E. Reaffirmations;~~
   - ~~F. Redemptions;~~
   - ~~G. Other:~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:**

   **The Attorney Fee DOES NOT include additional or supplemental services or anything other than above. Examples of items that are additional or supplemental services that are not included are:**

   **(a) Attendance at any hearing on the valuation of any property.**
   **(b) Attendance at any hearing on a motion seeking termination or modification of the bankruptcy stay.**
   **(c) Attendance or representation of client in any adversarial proceedings unless otherwise mandated by the Local Bankruptcy Rules of the District.**
   **(d) Discovery or attendance in any examination regarding any debts of the Client.**
   **(e) Work related to a motion to dismiss filed by the Trustee or a Creditor.**
   **(f) Work related to a chapter 7 audit/investigation**

**(f) Post-Confirmation conference or other work or if a Chapter 7, any Post 341 Hearing Conference or Post 341 Hearing.**

**If any of the above additional or supplemental services are performed then such services shall be billed to you at the hourly rate for the person performing such services plus any related reimburseable expenses. The attorney rate for such services in connection with Chapter 13 Bankruptcy work is $210.00 per hour for ADC and $185.00 for (Associate Atty) and for non-bankruptcy work is $250.00, subject to annual increases. Provided further, depending upon the nature of the additional or supplemental services, we may require the payment in advance of a retainer against hourly charges. In such circumstances, you will be advised of the amount of the retainer required.**

**Specifically with regard to representation in any adversarial proceeding filed by a creditor or litigation filed by the Chapter 7 Trustee or the U.S. Trustee, Andrea D. Cartwright must be separately retained in writing; otherwise, Andrea D. Cartwright shall not represent the Client with regard to such proceeding, unless mandated by the local bankruptcy rules of the District.**

6. The source of payments to the undersigned was from:
   A. **XX** Debtor(s)' earnings, wages, compensation for services performed
   B. _____ Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **August 2, 2010**   **/s/ Andrea D. Cartwright**
Attorney for the Debtor(s)
**Andrea D. Cartwright P53463
Cartwright Law Firm, P.C.
24750 Lahser Rd.
Southfield, MI 48033
248-352-8722 cartwrighta@prodigy.net**

Agreed: **/s/ Krzysztof Mlynarczyk**   **/s/ Bozena Mlynarczyk**
**Krzysztof Mlynarczyk**   **Bozena Mlynarczyk**
Debtor   Debtor

U.S. Trustee
211 W. Fort, Suite 700
Detroit, MI 48226


41A District Court
51660 Van Dyke
Shelby Townshjp, MI 48316


American Coradius, Inc.
2420 Sweet Home Road
Suite 150
Buffalo, NY 14228


BAC Home Loans
450 American Street
Simi Valley, CA 93065


Bank of America
Post Office Box 17054
Wilmington, DE 19850


Capital One
PO Box 30281
Salt Lake City, UT 84130


Chase Bank
800 Brooksedge Boulevard
Westerville, OH 43081


Chase Bank/Best Buy
800 Brooksedge Boulevard
Westerville, OH 43081


Chrysler Financial
Post Office Box 225
Royal Oak, MI 48068


Citicards/Citibank
Post Office Box 6241
Sioux Falls, SD 57117


Cortez, Jenkins & Black
Post Office Box 532110
Livonia, MI 48153

Discover Financial Services
PO Box 3008
New Albany, OH 43054-3008


Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227


GE Capital
Post Office Box 9001557
Louisville, KY 40290


GE Money Bank
Attn Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank/Lord & Taylor
Post Office Box 981432
El Paso, TX 79998


Henry Ford Health System
Customer Services
PO Box 339
Troy, MI 48099


HSBC Art Van
Post Office Box 15524
Wilmington, DE 19850


HSBC Bank/Parisian
Post Office Box 15521
Wilmington, DE 19805


I.C. Systems Collections
P.O. Box 64378
Saint Paul, MN 55164-0378


Infinity Medical Group
Post Office Box 878
Sterling Heights, MI 48311


Kohl's/Chase Bank, NA
Post Office Box 2983
Milwaukee, WI 53201

Macy's
9111 Duke Blvd
Mason, OH 45040

Medical Financial Solution
3179 Solutions Center
Chicago, IL 60677-3001

Michigan Catholic Credit Union
255 East Maple Road
Troy, MI 48083

Middleriver Estate Homeowners Associatio
51194 Romeo Plank Rd.
PMB4040
Macomb, MI 48042

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Nelnet
3015 S. Parker Rd.
Ste. 400
Aurora, CO 80201-1649

Nelson, Watson & Associates
80 Merrimack Street Lower Level
Haverhill, MA 01830

Northstar Location Services
4285 Genesee St.
Cheektowaga, NY 14225

Walmart Discover Card
Post Office Box 960024
Orlando, FL 32896

WFNNB
Post Office Box 182124
Columbus, OH 43218

WFNNB
Post Office Box 659569
San Antonio, TX 78265

Zwicker & Associates
320 East Big Beaver Road
Suite 100
Troy, MI 48083