B6B (Official Form 6B) (12/07)

In re **Krzysztof Mlynarczyk,** Case No. **10-64843**
     **Bozena Mlynarczyk**
                                                                  ,
                                                Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account--Fifth Third Bank** | J | 404.00 |
| | | **Savings Account--Christian Financial** | J | 146.76 |
| | | **Savings Account--Michigan Catholic Credit Union** | J | 190.36 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings--bedroom furniture, living and dining room furniture, appliances, televisions** | J | 1,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing Apparel** | J | 500.00 |
| 7. Furs and jewelry. | | **Jewelry--wedding rings and necklace** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Digital Camera** | J | 10.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Interest in Term Life Insurance Policy (through employer)** | H | 1.00 |
| | | **Interest in Term Life Insurance Policy (through employer)** | W | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **3,553.12**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Krzysztof Mlynarczyk,**            Case No. **10-64843**
     **Bozena Mlynarczyk**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Interest in 401(k) Account** | W | 13,000.00 |
| | | **Interest in 401(k) Account** | H | 15,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Proceeds from Chapter 13 Trustee** | J | 1,627.78 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                                                             Sub-Total >    **29,627.78**
                                                                                                             (Total of this page)

Sheet **1** of **2** continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

In re **Krzysztof Mlynarczyk,**     Case No. **10-64843**
       **Bozena Mlynarczyk**
_____,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Chrysler Pacifica** | H | **16,075.00** |
| | | **1997 Dodge Dakota** | J | **1,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Hand tools** | H | **1,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | **18,075.00** |
|---|---|---|
|  | Total > | **51,255.90** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Krzysztof Mlynarczyk**                                                                    Case No.  **10-64843**

_____,
                                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| 19075 Plantation, Macomb Township, Michigan 48044 | 11 U.S.C. § 522(d)(1) | 3,895.86 | 176,000.00 |
| Vacant Lots in Iosco County, Michigan (Londo Lake Rd -Property Tax Id#070-030-100-005-60) | 11 U.S.C. § 522(d)(5) | 4,200.00 | 8,400.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account--Fifth Third Bank | 11 U.S.C. § 522(d)(5) | 202.00 | 404.00 |
| Savings Account--Christian Financial | 11 U.S.C. § 522(d)(5) | 73.38 | 146.76 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings--bedroom furniture, living and dining room furniture, appliances, televisions | 11 U.S.C. § 522(d)(3) | 900.00 | 1,800.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Jewelry--wedding rings and necklace | 11 U.S.C. § 522(d)(4) | 250.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Digital Camera | 11 U.S.C. § 522(d)(5) | 5.00 | 10.00 |
| **Interests in Insurance Policies** | | | |
| Interest in Term Life Insurance Policy (through employer) | 11 U.S.C. § 522(d)(7) | 1.00 | 1.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Interest in 401(k) Account | 11 U.S.C. § 522(d)(12) | 15,000.00 | 15,000.00 |
| **Accounts Receivable** | | | |
| Proceeds from Chapter 13 Trustee | 11 U.S.C. § 522(d)(5) | 813.00 | 1,627.78 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Chrysler Pacifica | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 3,450.00<br>4,936.73 | 16,075.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Hand tools | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |

|  | Total: | 34,976.97 | 221,464.54 |
|---|---|---:|---:|

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                                   Best Case Bankruptcy

In re **Bozena Mlynarczyk** Case No. **10-64843**

Debtors,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| 19075 Plantation, Macomb Township, Michigan 48044 | 11 U.S.C. § 522(d)(1) | 3,895.85 | 176,000.00 |
| Vacant Lots in Iosco County, Michigan (Londo Lake Rd -Property Tax Id#070-030-100-005-60) | 11 U.S.C. § 522(d)(5) | 4,200.00 | 8,400.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account--Fifth Third Bank | 11 U.S.C. § 522(d)(5) | 202.00 | 404.00 |
| Savings Account--Christian Financial | 11 U.S.C. § 522(d)(5) | 73.38 | 146.76 |
| Savings Account--Michigan Catholic Credit Union | 11 U.S.C. § 522(d)(5) | 190.36 | 190.36 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings--bedroom furniture, living and dining room furniture, appliances, televisions | 11 U.S.C. § 522(d)(3) | 900.00 | 1,800.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Jewelry--wedding rings and necklace | 11 U.S.C. § 522(d)(4) | 250.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Digital Camera | 11 U.S.C. § 522(d)(5) | 5.00 | 10.00 |
| **Interests in Insurance Policies** | | | |
| Interest in Term Life Insurance Policy (through employer) | 11 U.S.C. § 522(d)(7) | 1.00 | 1.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Interest in 401(k) Account | 11 U.S.C. § 522(d)(12) | 13,000.00 | 13,000.00 |
| **Accounts Receivable** | | | |
| Proceeds from Chapter 13 Trustee | 11 U.S.C. § 522(d)(5) | 814.78 | 1,627.78 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1997 Dodge Dakota | 11 U.S.C. § 522(d)(2) | 1,000.00 | 1,000.00 |
| | Total: | 24,782.37 | 203,579.90 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6I (Official Form 6I) (12/07)

In re **Krzysztof Mlynarczyk**
    **Bozena Mlynarczyk**    Case No. **10-64843**
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **son** **son** | AGE(S): **15** **16** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Machine Repair** | **Cardiac Sonographer** |
| Name of Employer | **New Center Stamping** | **Henry Ford Health System** |
| How long employed | **11 months** | **15 years** |
| Address of Employer | **950 East Milwaukee Avenue** **Detroit, MI 48211** | **Post Office Box 7044** **Troy, MI 48007** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **4,598.23** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **4,598.23** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **739.87** |
|     b. Insurance | $ **0.00** | $ **208.39** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify) **See Detailed Income Attachment** | $ **0.00** | $ **401.02** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **1,349.28** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **3,248.95** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): **workers compensation** | $ **2,350.00** $ **0.00** | $ **0.00** $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** $ **0.00** | $ **0.00** $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **2,350.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,350.00** | $ **3,248.95** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **5,598.95** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re **Krzysztof Mlynarczyk**
**Bozena Mlynarczyk**
Debtor(s)

Case No. **10-64843**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| dental | $ 0.00 | $ 119.38 |
| life | $ 0.00 | $ 24.14 |
| disability | $ 0.00 | $ 24.79 |
| 401k (TSA) | $ 0.00 | $ 134.88 |
| charity | $ 0.00 | $ 10.83 |
| RSP | $ 0.00 | $ 87.00 |
| **Total Other Payroll Deductions** | $ 0.00 | $ 401.02 |

B6J (Official Form 6J) (12/07)

In re **Krzysztof Mlynarczyk**
**Bozena Mlynarczyk** Case No. **10-64843**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 941.69 |
| a. Are real estate taxes included? | Yes ___ No **X** | |
| b. Is property insurance included? | Yes ___ No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ 350.00 |
| b. Water and sewer | | $ 60.00 |
| c. Telephone | | $ 0.00 |
| d. Other **See Detailed Expense Attachment** | | $ 225.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 600.00 |
| 5. Clothing | | $ 225.00 |
| 6. Laundry and dry cleaning | | $ 60.00 |
| 7. Medical and dental expenses | | $ 100.00 |
| 8. Transportation (not including car payments) | | $ 760.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 70.00 |
| 10. Charitable contributions | | $ 43.75 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 48.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 139.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **See Detailed Expense Attachment** | | $ 277.50 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 366.57 |
| b. Other **Second Mortgage** | | $ 769.60 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **See Detailed Expense Attachment** | | $ 319.50 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5,455.61 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I $ 5,598.95
b. Average monthly expenses from Line 18 above $ 5,455.61
c. Monthly net income (a. minus b.) $ 143.34

**B6J (Official Form 6J) (12/07)**

In re **Krzysztof Mlynarczyk**
**Bozena Mlynarczyk**     Case No. **10-64843**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| cell phone (4 lines) | $ 115.00 |
| Trash pickup | $ 15.00 |
| telephone/internet | $ 95.00 |
| **Total Other Utility Expenditures** | **$ 225.00** |

**Specific Tax Expenditures:**

| | |
|---|---:|
| property taxes (residence) | $ 260.50 |
| property taxes (vacant lot) | $ 17.00 |
| **Total Tax Expenditures** | **$ 277.50** |

**Other Expenditures:**

| | |
|---|---:|
| personal grooming | $ 100.00 |
| car maintenance and repairs | $ 50.00 |
| association dues | $ 5.00 |
| school lunches | $ 119.00 |
| tax preparation | $ 15.00 |
| AAA membership | $ 4.16 |
| certification/education training | $ 6.67 |
| car registriation | $ 14.67 |
| bank fees | $ 5.00 |
| **Total Other Expenditures** | **$ 319.50** |

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

### COVER SHEET FOR AMENDMENTS

**CASE NAME:** Krzysztof Mlynarczyk
Bozena Mlynarczyk

**CASE NUMBER:** 10-64843

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

☐ Add creditors to schedule(s) _____. How many?___
(Use second page of this form to list creditors added).

☐ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒ Other: (Provide detail of Amendment) **Amend Schedules I and J (to reflect the Debtors' current income and expenses due to the conversion of this case to Chapter 7) and Schedules B & C.**

☐ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:                 Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:                 Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:                 Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

### FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature: **/s/ Andrea D. Cartwright**

**Andrea D. Cartwright P53463**

Name of Attorney
**24750 Lahser Rd.
Southfield, MI 48033
248-352-8722
cartwrighta@prodigy.net**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Krzysztof Mlynarczyk**
**Krzysztof Mlynarczyk**
Name of Debtor

Signature: **/s/ Bozena Mlynarczyk**
**Bozena Mlynarczyk**
Name of Joint Debtor, if applicable